130 A.3d 1281

**Michael A. KONETSCO, Petitioner**

v.

**SUPERIOR COURT OF PENNSYLVANIA, Respondent.**

No. 185 MM 2015.

Supreme Court of Pennsylvania.

Jan. 27, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.